Helen F. Dalton & Associates, P.C.
James O'Donnell (JO 8042)
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

SEBASTIAN ABREU LOPEZ, individually and on behalf of all others similarly situated,

                              Plaintiff,

-against-

M&V INTERNATIONAL FOOD INC. d/b/a FOOD PALACE, and RAKHIL BESBROZZANNAYA, and MARINA BESPROZVANNAYA, as individuals,

                              Defendants.

------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**20-cv-705**

**PLEASE TAKE NOTICE** that HELEN F. DALTON & ASSOCIATES, P.C., attorneys for Plaintiff herein, add the undersigned as co-counsel of record for Plaintiff in this matter:

James O'Donnell (JO 8042) – jamespodonnell86@gmail.com
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiff
80-02 Kew Gardens Road
Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated:  Kew Gardens, NY
         January 31, 2020

                                            /s/James O'Donnell
                                            James O'Donnell (JO 8042)
                                            Helen F. Dalton & Associates, P.C.
                                            Attorneys for Plaintiffs
                                            80-02 Kew Gardens Road
                                            Suite 601
                                            Kew Gardens, New York 11415